IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

TIMOTHY JOST,                            )
          Petitioner,                 )
                                       )
v.                                        )
                                       )            7:06-CV-031-O
NATHANIEL QUARTERMAN, Director,           )
Texas Department of Criminal Justice,     )
Correctional Institutions Division,       )
          Respondent.                 )

FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings, Conclusions and Recommendation of the United States Magistrate Judge and the petitioner's objections thereto, I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, it is ORDERED that the petition for writ of habeas corpus is DENIED.

The clerk of court shall transmit copies of this order to petitioner, to counsel for petitioner and to counsel for respondent.

SO ORDERED this 29th day of October, 2008.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**